IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC SELF                                                                                           PLAINTIFF

V.                                     NO. 3:05 CV 170 GH

DAN HAYGOOD AND
ARKANSAS STEEL ASSOCIATES, LLC                                          DEFENDANTS

QUALIFIED PROTECTIVE ORDER

Plaintiff Eric Self has requested and defendant Arkansas Steel Associates, LLC ("ASA") has designated as initial disclosures information and records that may contain medical information on past and present employees (including those listed in plaintiff's initial disclosures) who tested positive on a drug test at ASA or who have had lost or diluted samples. ASA has objected to producing any records or information without a qualified protective order on grounds that the information and documentation sought is confidential, implicates the privacy rights of third parties, and contains federally protected health and/or medical information. The parties have agreed that the information and/or documentation can be produced only pursuant to a qualified protective order of the Court requiring ASA to produce the information and/or documentation and protecting the confidential and private nature of the information and/or documentation.

It is therefore ordered that defendant ASA is to produce the above-referenced records and information; that the parties to this action may use or disclose the records and information produced only for the specific purpose of this litigation and for no other purpose; that any records filed with the Court be redacted to the extent feasible to protect the identities of the past or present employees, or that such records be filed under seal; that the contents of such documentation will not be disclosed to any other individuals or entities other than an expert

witness retained by the plaintiff or by the defendants (if needed) during the course of and for the sole purpose of this litigation; that neither the plaintiff's attorneys nor defendants' attorneys, nor anyone acting on their behalf or the parties' behalf, shall in any way directly or indirectly transfer or communicate any of the information obtained to any person except for necessary and proper purposes directly related to this litigation; that any person with whom a necessary and proper communication is made shall be bound by the terms of this order, specifically any expert witnesses retained by the plaintiff or defendants; and that plaintiff's attorneys and defendants' attorneys shall provide a copy of this order to such persons in receipt of such necessary and proper communications.  Furthermore, at the conclusion of this litigation, plaintiff's attorneys are to return to ASA the originals of the documentation produced and any copies made of those originals.  ASA will retain those records for at least three years.

_____
United States District Judge

Date: April 6, 2006

2

APPROVED AS TO FORM:

HARRILL & SUTTER, P.L.L.C.
P.O. Box 26321
Little Rock, Arkansas 72221
(501) 224-1050
FAX: (501) 223-9136


By _____
    Franki E. Heenan
    Attorneys for Plaintiff


WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808
FAX: (501) 376-9442


By: _____
    William Stuart Jackson (92189)
    Attorneys for Defendants

3